212 F.2d 790
 Elmer F. KELM, Appellant,
v.
Robert W. LANNAN.
 No. 15025.
 United States Court of Appeals Eighth Circuit.
 April 2, 1954.
 
 1
 Appeal from the United States District Court, for the District of Minnesota.
 
 
 2
 H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Spec. Asst. to Atty. Gen., Philip Miller, Spec. Asst. to Atty. Gen., George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.
 
 
 3
 Joseph A. Maun, St. Paul, Minn., William R. Busch, Minneapolis, Minn., and Matthew J. Finley, St. Paul, Minn., for appellee.
 
 
 4
 Appeal from District Court dismissed, on stipulation of parties.